EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2002

at_____o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. **CR02-00240** |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | [18 U.S.C. § 922 (g)(1)] |
| ) | |
| LOUIS D. CAMBRA, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**I N D I C T M E N T**

SEALED
BY ORDER OF THE COURT

The Grand Jury charges that:

On or about February 10, 2002, in the District of Hawaii, defendant LOUIS D. CAMBRA, JR. then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2)).


DATED: _June 6_, 2002 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
RONALD JOHNSON
First Assistant U.S. Attorney


_____
WES R. PORTER
Sp. Assistant U.S. Attorney


United States v. LOUIS D. CAMBRA, JR.
Cr. No.
"INDICTMENT"